UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:24-cv-21516-WILLIAMS/GOODMAN

ROADGET BUSINESS PTE. LTD.,

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

        Defendants.

## JOINT NOTICE OF SETTLEMENT

Plaintiff ROADGET BUSINESS PTE. LTD., by and through undersigned counsel, and pursuant to Local Rule 16.4 of the Southern District of Florida, hereby notify the Court that the parties have reached a settlement in principle and are in the process of finalizing a written agreement. The Parties request until November 30, 2024, in which to file a Stipulation of Dismissal or otherwise update the Court.

Dated: October 21, 2024

Respectfully submitted,

*/s/ Daniel Humphrey*
Daniel Humphrey
Florida Bar Number: 1024695
2601 South Bayshore Dr., Suite 1550
Miami, FL 33133
Telephone: 305-402-4880
danielhumphrey@quinnemanuel.com

Michael E. Williams (pro hac vice application forthcoming)
865 S. Figueroa St.
10th Floor

*/s/ Angela M. Nieves*
ANGELA M. NIEVES
Florida Bar Number: 1032760
angela.nieves@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com

**SRIPLAW, PA**
21301 Powerline Road
Suite 100

| | |
|---|---|
| Los Angeles, California 90017<br>Telephone:213-443-3000<br>michaelwilliams@quinnemanuel.com | Boca Raton, FL 33433<br>561.404.4350 – Telephone<br>561.404.4353 – Facsimile |
| Kevin B. Collins<br>Yuval Mor<br>One CityCenter<br>850 Tenth St., NW<br>Washington, DC 20001<br>Telephone: 202-662-6000<br>kcollins@cov.com<br>ymor@cov.com<br>Jonathan M. Sperling<br>Phillip A. Hill<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Telephone: 212-841-1000<br>jsperling@cov.com<br>pahill@cov.com | *Counsel for Shenyang Leidong Technology Co., Ltd., Quanzhou Meichang Garment Co., Ltd., and Guangzhou Tianhe District Tianyuan Miaomiao Clothing Store* |

*Attorneys for Plaintiff*

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing was filed using CM/ECF on October 21, 2024, which triggers service upon all attorneys of record in the above captioned action.

<u>/s/Daniel L. Humphrey</u>
Daniel L. Humphrey, Esq.