UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,

        Plaintiff,

vs.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,

        Defendants.

Case No.: 1:24-cv-21516-KMW/JLG

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO THE CLAIMS OF ROADGET BUSINESS PTE. LTD.**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for all parties, that all claims asserted in this action by Roadget be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, attorney's fees and expenses.

| | |
|---|---|
| Dated: November 20, 2024 | Respectfully submitted, |
| COVINGTON & BURLING LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| /s/   Kevin B. Collins<br>Kevin B. Collins<br>Yuval Mor<br>One CityCenter<br>850 Tenth St., NW<br>Washington, DC 20001<br>Telephone: (202) 662-6000<br>kcollins@cov.com<br>ymor@cov.com<br><br>Jonathan M. Sperling<br>Phillip A. Hill<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Telephone: (212) 841-1000<br>jsperling@cov.com<br>pahill@cov.com<br><br>*Attorneys for Plaintiff* | /s/   Daniel L. Humphrey<br>Daniel L. Humphrey<br>Florida Bar Number: 1024695<br>2601 S. Bayshore Drive, Suite 1550<br>Miami, Florida 33133<br>Telephone: (305) 402-4880<br>danielhumphrey@quinnemanuel.com<br><br>Michael E. Williams (admitted *pro hac vice*)<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>michaelwilliams@quinnemanuel.com<br><br>*Attorneys for Plaintiff* |

/s/ *Angela M. Nieves*
ANGELA M. NIEVES
Florida Bar Number: 1032760
angela.nieves@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com

**SRIPLAW, PA**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Shenyang Leidong Technology Co., Ltd., Quanzhou Meichang Garment Co., Ltd., and Guangzhou Tianhe District Tianyuan Miaomiao Clothing Store*